UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESIS HINKLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01577-JPH-TAB |
| | ) |
| MARTIN J. O'MALLEY Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court **ENTERS JUDGMENT** in favor of Plaintiff under Federal Rule of Civil Procedure 58. The Court **REVERSES** the Commissioner's decision and **REMANDS** this matter to the Agency for further proceedings under sentence four of 42 U.S.C. § 405(g).

**SO ORDERED.**

Date: 1/16/2024

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk
BY: _Carina Weed_
Deputy Clerk, U.S. District Court

Distribution:

GENESIS HINKLE
11135 Waterfield Place
Indianapolis, IN 46235

All electronically registered counsel.